**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTES - GENERAL</u>**

Case No. SA CV08-0296 DOC (ANx)                             Date: August 25, 2008

Title: DRAGON COEUR LLC I-B, *by and through Broadwood Investment Holdings LP, its Tax Matters Partner* -V- UNITED STATES OF AMERICA

---

DOCKET ENTRY
[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                            Date:_____ Deputy Clerk: _____

---

PRESENT:

<u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

| <u>Kristee Hopkins</u> | <u>Not Present</u> |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                      NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER TO SHOW CAUSE RE CONSOLIDATION

       The Court presently has before it these related tax matters: SA CV07-499 DOC (ANx); SA CV08-0295 DOC (ANx); SA CV08-0296 DOC (ANx); SA CV08-0297 DOC (ANx); SA CV08-0298 DOC (ANx) and SA CV 08-0299. Pursuant to Fed. R. Civ. P. 42(a), the Court can consolidate cases where they share common questions of law or fact. Each of these cases involves a number of related parties and transactions, involving a similar factual basis. Thus, the Court is within its discretion to consolidate these matters.

       The parties in each of these matters are hereby ORDERED TO SHOW CAUSE in writing on or before **September 8, 2008**, why the Court should not consolidate all or some of these cases and cause a consolidated petition to be filed. If the parties consent to consolidation, they shall **notify this court in writing as soon as possible**.

       The Clerk shall serve this minute order on all parties to the action.

---

MINUTES FORM 11 DOC                                                Initials of Deputy Clerk _kh_
CIVIL - GEN                                                                         Page 1 of 1